UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASEY R. MCLAUGHLIN,<br><br>Defendant. | No. 2:25-po-0218 CKD<br><br>REFUND ORDER |

On 10/9/2025, the defendant overpaid $90.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $90.00 due to overpayment.

IT IS SO ORDERED.

Dated: October 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1